Amy Lynn Bennecoff Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
aginsburg@creditlaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **ANGENORA COLLINS,** | **Case No.: 4:19-cv-06152-HSG** |
| **Plaintiff.** | **ORDER GRANTING PLAINTIFF'S UNOPPOSED REQUEST TO APPEAR TELEPHONICALLY AT JANUARY 7, 2020 CASE MANAGEMENT CONFERENCE** |
| **v.** | |
| **NAVIENT SOLUTIONS, LLC,** | |
| **Defendant.** | |

Date:    January 7, 2020
Time:    2:00 p.m.
Court:   Oakland Courthouse
        1301 Clay Street
        Courtroom 2, 4th Floor
        Oakland, CA 94612

Hon. Haywood S. Gilliam, Jr., U.S.D.J.

Complaint Filed: September 27, 2019
Trial Date:     TBD

This Court has received the Plaintiff's Unopposed Request to Appear Telephonically at the January 7, 2020, Case Management Conference, and good

cause being shown, the unopposed request is **GRANTED**. Plaintiff's counsel may appear at the January 7, 2020, scheduling hearing at by telephone. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED**.

Hon. Haywood S. Gilliam, Jr.
United States District Judge