# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGENORA COLLINS,<br><br>　　　　　　　　Plaintiff(s)<br>　v.<br>NAVIENT SOLUTIONS, LLC,<br><br>　　　　　　　　Defendant(s) | CASE No C 4:19-cv-06152-HSG<br><br>STIPULATION AND ORDER<br>SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☐ other requested deadline:

Date: 1/9/20　　　　　　　　　/s/ Amy L. B. Ginsburg
　　　　　　　　　　　　　　　Attorney for Plaintiff
Date: 1/9/20　　　　　　　　　/s/ Dennis N. Lueck, Jr.
　　　　　　　　　　　　　　　Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 1/13/2020

　　　　　　　　　　　　　　　*Haywood S. Gill, Jr.*
　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*