# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angenora Collins<br><br>*Plaintiff(s)*<br><br>v.<br><br>Navient Solutions, LLC.<br><br>*Defendant(s).* | Case No. 4:19-cv-06152-HSG<br><br>~~(PROPOSED)~~ **ORDER ON STIPUALTION TO CONTINUE MEDIATION DATE** |

Pursuant to Plaintiff Angenora Collin's and Defendant Navient Solutions, LLC's Stipulation to Continue Mediation Date, and for good cause appearing, it is hereby ordered that the parties shall complete the court-supervised mediation no later than June 12, 2020.

BY THE COURT:

DATED: 4/9/2020

*/s/ Haywood S. Gilliam, Jr.*